# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

C-Cation Technologies, LLC  v.  ARRIS Group, Inc.

No. 16-2561

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:    C-Cation Technologies, LLC

Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name:                    Walter E. Hanley, Jr.
Law Firm:                Andrews Kurth LLP
Address:                 One Broadway
City, State and Zip:     New York, NY 10004
Telephone:               212-908-6263
Fax #:                   212-425-5288
E-mail address:          WalterHanley@andrewskurth.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):    03/24/1986

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  09/07/2016          Signature of pro se or counsel  /s/ Walter E. Hanley, Jr.

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   09/07/2016
by:

      ☐ U.S. Mail

      ☐ Fax

      ☐ Hand

      ☒ Electronic Means (by E-mail or CM/ECF)

| Walter E. Hanley, Jr. | /s/ Walter E. Hanley, Jr. |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Andrews Kurth LLP |
| Address | One Broadway |
| City, State, Zip | New York, NY 10004 |
| Telephone Number | 212-908-6263 |
| Fax Number | 212-425-5288 |
| E-Mail Address | WalterHanley@andrewskurth.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields